JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JONATHAN PHONG KHANH TRAN,<br><br>        Petitioner,<br><br>  v.<br><br>MATTHEW CATE, et al.,<br><br>        Respondents. | No. SA CV 11-01244-PSG (VBK)<br><br>JUDGMENT |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 8/2/13

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE