JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JONATHAN PHONG KHANH TRAN, | ) | No. SA CV 11-01244-PSG (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| MATTHEW CATE, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 8/2/13

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE